

Michael T. Madaio, Esq.
Partner
mmadaio@habbalaw.com
Admitted to practice in NJ, NY & PA

January 28, 2024

**Via ECF**
Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

      Re:    *Centerpark Services, LLC v. IBT Local 272*
              Case No.: 1:24-cv-09748-MMG

Dear Judge Garnett:

      We are counsel of record for Centerpark Services, LLC ("Centerpark"). Centerpark currently has an application to stay arbitration (the "Stay Application") pending before Your Honor that was removed from state court. In addition, defendant IBT Local 272 currently has a cross-motion (the "Cross-Motion") to compel arbitration pending before your Honor that was filed on January 16, 2025.

      Centerpark no longer wishes to pursue the relief requested in its Stay Application, and hereby withdraws same. Centerpark takes no position with respect to IBT Local 272's pending Cross-Motion.

      Thank you for your time and attention to this matter.

                                          Respectfully submitted,

                                          Michael T. Madaio, Esq.
                                          For HABBA MADAIO & ASSOCIATES LLP

---

GRANTED. Centerpark's motion to stay arbitration is hereby deemed WITHDRAWN. As Centerpark is no longer seeking to stay arbitration and takes no position on IBT Local 272's cross-motion to compel arbitration, the parties are hereby ORDERED to submit a status letter by no later than **January 31, 2025** indicating whether they will consent to and proceed with arbitration and, if so, whether they request the Court retain jurisdiction over this proceeding pending the issuance of any final arbitration award.

SO ORDERED. Dated January 28, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

---

1430 U.S. Highway 206, Suite 240, Bedminster, NJ 07921 • Tel. 908.869.1188