UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/4/2025___
```

CENTERPARK SERVICES, LLC,

                              Plaintiff,

              -against-

IBT LOCAL 272,

                              Defendant.

24-CV-09748 (MMG)

**ORDER OF DISMISSAL**

MARGARET M. GARNETT, United States District Judge:

      The Court having been advised that the parties are proceeding to arbitration to resolve all claims asserted herein and do not request that this court retain jurisdiction over this proceeding pending the issuance of any final award, *see* Dkt. No. 17, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within 30 days** of the date of this Order.

      To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.

      Any pending motions are moot.  All conferences are canceled.  The Clerk of Court is directed to CLOSE the case.

Dated:  February 4, 2025
      New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge